# SEALED DOCUMENT

\#528

CV99-BE-3097-S
7/11/03